UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

vs.

        Case No. 20-20448-2

DIONNE PETERSON,

        HON. ROBERT H. CLELAND

        Defendant.
_____/

**ORDER GRANTING MOTION TO WITHDRAW**

This matter comes before the court on Ronnie E. Cromer's [140] Motion to Withdraw filed on October 29, 2021.  A hearing regarding attorney representation was held on November 3, 2021.  For the reasons stated on the record and upon review of the motion and brief, the Court will grant the motion. Therefore,

IT IS ORDERED that the Motion to Withdraw is **GRANTED**.   The Federal Community Defender's Office is directed to appoint new counsel.

IT IS FURTHER ORDERED that the time period from November 3, 2021 until December 3, 2021 shall be excludable from time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A)(B) and 18 U.S.C. § 3161(H)(7)(B)(iv), and that the ends of justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

 Dated November 3, 2021

            S/Robert H. Cleland
           ROBERT H. CLELAND
           UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 3, 2021, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522